# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Plaintiff(s),<br><br>v.<br><br>SOVANA HOMEOWNER'S ASSOCIATION, et al.,<br><br>    Defendant(s). | Case No. 2:16-cv-02952-JCM-NJK<br><br>ORDER |

Although it appears Plaintiff served Defendants several months ago, Docket Nos. 8, 12, no further action has been taken in this case. Accordingly, no later than July 6, 2017, Plaintiff shall file a status report, requests for default, or dismissal papers.

IT IS SO ORDERED.

DATED: June 22, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge