# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | Case No. 2:16-cv-02952-JCM-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| SOVANA HOMEOWNER'S ASSOCIATION, et al., | |
| Defendant(s). | |

The deadline for Defendant Sovana HOA to respond to the complaint expired roughly six months ago, on January 12, 2017. *See* Docket No. 8. The deadline for Defendant Villa Lante Trust to respond to the complaint expired more than three months ago, on March 24, 2017. *See* Docket No. 12. It appears there is some confusion among the parties regarding a pending state court action. Docket No. 15. Nonetheless, the parties have not sought an extension from the Court seeking to extend the time to respond to the complaint. *Cf.* Local Rule 7-1 (except as set forth in Fed. R. Civ. P. 29, stipulations among the parties are not effective without Court approval).

Unless the parties file dismissal papers in this action, the Court hereby **ORDERS** that Defendants shall respond to the complaint by July 21, 2017.[1]

IT IS SO ORDERED.

DATED: July 7, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Court herein expresses no opinion as to the form of that response and expresses no opinion regarding any motion that may be filed, including regarding the impact of the state court proceeding.